# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 24-186 |
| VERSUS | SECTION "T" (5) |
| YOVANI ALEXANDER CANU-GONZALEZ | VIOLATIONS:<br>8 USC §1326(a) |

## ORDER

On April 11, 2025, the defendant, Yovani Alexander Canu-Gonzalez, requested a re-arraignment hearing to enter a change of plea. The Court ordered the re-arraignment hearing for May 13, 2025. The notice was mailed to the defendant, who is on bond, on April 11, 2025, to his last known address. On May 13, 2025, the defendant failed to appear for the re-arraignment hearing violating the conditions of his personal recognizance bond.

Accordingly,

**IT IS ORDERED** that the Clerk of Court issue a warrant for the arrest of defendant, Yovani Alexander Canu-Gonzalez.

**IT IS FURTHER ORDERED** that the United States Marshals are directed to arrest and bring forthwith defendant, Yovani Alexander Canu-Gonzalez, to answer why he failed to appear as directed by the order of this Court.

New Orleans, Louisiana this 13th day of May 2025.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE